[No. 41196-2-II.   Division Two.   March 6, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. WILLIAM AARON BARGE, *Appellant*.

Appeal from a judgment of the Superior Court for Lewis County, No. 09-1-00484-1, James W. Lawler, J., entered September 14, 2010. *Affirmed* by unpublished opinion per Quinn-Brintnall, J., concurred in by Worswick, A.C.J., and Van Deren, J.

[No. 41772-3-II.   Division Two.   March 6, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. NICOLE ELISE ROBINSON, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 09-1-01361-3, Jill M. Johanson, J. Pro Tem., entered January 28, 2011. *Affirmed* by unpublished opinion per Quinn-Brintnall, J., concurred in by Hunt and Van Deren, JJ.

[No. 29574-5-III.   Division Three.   March 8, 2012.]

*In the Matter of the Committed Intimate Relationship of* GEORGE A. HOUTTEKIER, *Appellant,* and TONYA JORGENSON, *Respondent.*

Appeal from a judgment of the Superior Court for Spokane County, No. 07-3-02824-1, Annette S. Plese, J., entered December 6, 2010. *Affirmed in part* and *remanded* by unpublished opinion per Korsmo, J., concurred in by Kulik, C.J., and Sweeney, J.